**FILED**

OCT 21 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM PEREZ, | No. C 14-04286 BLF (PR) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |
| v. | |
| MARION E. SPEARMAN, Warden, | |
| Respondent. | |

On September 23, 2014, Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the Clerk sent Petitioner a notice that his In Forma Pauperis ("IFP") Application, (Docket No. 2), was insufficient because he failed to attach the following supporting documents: (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official; and (2) a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) Petitioner was directed to file a response within twenty-eight days of the notice to avoid dismissal of the action. (*Id.*)

On October 1, 2014, Petitioner filed a letter stating that he has resubmitted his IFP request to prison officials, (Docket No. 4), which the Court construes as a motion for an extension fo time to file a complete IFP application. The motion is GRANTED.

Order Granting Ext. Of Time to File IFP
04286Perez_eot-ifp.wpd

1

1  Petitioner must either file the necessary documents to complete his IFP application or pay
2  the $5.00 filing fee **no later than twenty-eight (28) days** from the date this order is filed.
3      **Failure to file a response in accordance with this order in the time provided**
4  **will result in the dismissal of this action without further notice to Petitioner.**
5      IT IS SO ORDERED.

7  DATED: ___October 21, 2014___               _____
                                                BETH LABSON FREEMAN
8                                               United States District Judge

Order Granting Ext. Of Time to File IFP
04286Perez_eot-ifp.wpd                          2